## SECOND DISTRICT.

W. J. Savage, plaintiff in error, v. F. J. Keating, defendant in error. Gen. No. 8,277.

Opinion filed March 5, 1931. Rehearing denied May 14, 1931.

Butters & Butters, for plaintiff in error. Arthur H. Shay, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

Elsie Westerdahl, defendant in error, v. The Rockford Cab & Drive-urself, Inc., plaintiff in error. Gen. No. 8,250.

Opinion filed March 5, 1931. Rehearing denied May 14, 1931.

North, Linscott, Gibboney, North & Dixon and John A. Bloomingston, for plaintiff in error. Knight, Swenson & Penny, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Granville Miller, plaintiff in error. Gen. No. 8,275.

Opinion filed March 18, 1931.

H. A. Brooks and Edward A. Jones, for plaintiff in error. Mark C. Keller, State's Attorney, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Robert Jones, plaintiff in error. Gen. No. 8,287.

Opinion filed March 18, 1931.

H. A. Brooks and Edward A. Jones, for plaintiff in error. Mark C. Keller, State's Attorney, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.